UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE KING,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 16-CV-05711-YGR<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Re: Dkt. No. 16** |

On October 5, 2016, plaintiff Katherine King filed a complaint against defendants asserting that defendants violated the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681s-2(b) and California's Consumer Credit Reporting Agencies Act ("CCRAA"), Cal. Civ. Code § 1785.25(a). (Dkt. No. 1.) A Case Management Conference has been scheduled for December 12, 2016, at 2:01 p.m., with a Case Management Statement due on December 5, 2016. (Dkt. No. 16.)

In addition to the requirements listed in the Northern District of California standing order, the Case Management Statement shall address the issues raised in Judge Koh's recent Orders regarding the applicability of the FRCA and CCRAA in certain bankruptcy contexts.[1] Specifically,

---

[1] *Blakeney v. Experian Info. Sols., Inc.*, No. 15-CV-05544-LHK, 2016 WL 4270244, at *5 (N.D. Cal. Aug. 15, 2016); *see also Blakeney v. Experian Info. Sols., Inc.*, No. 15-CV-05544-LHK, 2016 WL 1535085, at *5 (N.D. Cal. Apr. 15, 2016).

parties shall address whether the FCRA and CCRAA are applicable to claims of misleading or inaccurate reporting of delinquent debts, when the plaintiff's bankruptcy plan has been confirmed, but those debts have *not* yet been discharged.

**IT IS SO ORDERED.**

Dated: November 23, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**