THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE KING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No.: 4:16-cv-05711-YGR<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT EQUIFAX, INC.**<br><br>**Date: February 28, 2017**<br>**Time: 1 p.m.**<br>**Courtroom: 1-4th Floor**<br><br>**The Honorable Yvonne Gonzalez Rogers** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　PLEASE TAKE NOTICE that on February 28, 2017 at 1 p.m. in Courtroom 1, 4th Floor of the above-captioned Court, located at 1301 Clay Street, Oakland, California, 94612, the Honorable Gonzalez Rogers presiding, Defendant Equifax, Inc. will and hereby does move this Court for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint filed by Plaintiff

---

1
DEFENDANT EQUIFAX, INC.'S NOTICE OF MOTION AND
MOTION TO DISMISS

Katherine King against it on the grounds that Plaintiff's Complaint, and each cause of action asserted therein, fails to state a claim upon which relief may be granted.

This Motion will be based on this Notice of Motion and Motion, Experian Information Solutions, Inc.'s Motion to Dismiss, all the papers on file in this action, and any further evidence or argument that the Court may consider.

Dated:  December 15, 2016         NOKES & QUINN
                                   /s/ Thomas P. Quinn, Jr.
                                  THOMAS P. QUINN, JR.
                                  Attorneys for Defendant
                                  EQUIFAX, INC.

Equifax, Inc.[1] hereby adopts the arguments made by Experian Information Solutions, Inc. in its Motion to Dismiss filed November 15, 2016 in this case (Doc. 31). *See* Exhibit A attached hereto.

Dated: December 15, 2016

NOKES & QUINN

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorneys for Defendant
EQUIFAX, INC.

---

[1] Equifax, Inc. is not a "consumer reporting agency" ("CRA") as that term is defined by the FCRA, and, therefore, is not a proper party to this action. *See Greear v. Equifax, Inc.*, No. 13-11896, 2014 WL 1378777 (E.D. Mich. Apr. 8, 2014); *Slice v. Choicedata Consumer Servs., Inc.*, No. 04-cv-428, 2005 WL 2030690 (E.D. Tenn. Aug. 23, 2005); *Ransom v. Equifax, Inc.*, No. 09-80280, 2010 WL 1258084 (S.D. Fla. Mar. 30, 2010); *Channing v. Equifax, Inc.*, 11-cv-293, 2013 WL 593942 (E.D.N.C. Feb. 15, 2013).

# CERTIFICATE OF SERVICE
**Katherine King v. Experian Information Solutions, Inc., et al.**
**Case No.: 4:16-cv-05711-YGR**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **December 15, 2016**, I served a true copy of:

**DEFENDANT EQUIFAX, INC.'S**

**NOTICE OF MOTION AND MOTION TO DISMISS**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing: Laguna Beach, California.

Executed on **December 15, 2016** at Laguna Beach, California.

## SERVICE LIST

Elliot Wayne Gale
Joseph Brian Angelo
Scott Matthew Johnson
Scott Joseph Sagaria
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
408-279-2288
Fax: 408-279-2299
Email: egale@sagarialaw.com
Email: jangelo@sagarialaw.com
Email: sjohnson@sagarialaw.com
Email: sjsagaria@sagarialaw.com
*Attorneys for Plaintiff*

Heather Nicole Fugitt
Valerie Michelle McConnell
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
650-739-3939
Fax: 650-739-3900
Email: hfugitt@jonesday.com
Email: vmcconnell@jonesday.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Anthony Q. Le
McGuireWoods LLP
505 Sansome Street, Suite 700
San Francisco, CA 94111
415-844-9944
Fax: 415-844-9922
Email: ale@mcguirewoods.com
*Attorneys for Bank of America, National Association*
**Pamela Lorraine Cox**

Alisa Alexandra Givental
Laszlo Ladi, Jr.
Severson and Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
415-677-5503
Fax: 415-956-0439
Email: aag@severson.com
Email: ll@severson.com
*Attorneys for Defendant Wells Fargo Bank, National Association*

Sheila Pham
Troutman Sanders LLP
580 California Street
Suite 1100
San Francisco, CA 94104
(415) 477-5700
Email: sheila.pham@troutmansanders.com
*Attorneys for Service Finance Company, LLC*

Renee Choy Ohlendorf
Hinshaw & Culbertson LLP
One California Street 18th Fl.
San Francisco, CA 94111
415-362-6000
Fax: 415-834-9070
Email: rchoy@hinshawlaw.com
*Attorneys for TD Bank USA, National Association*

DEFENDANT EQUIFAX, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS

1 | Hemar, Rousso & Heald, LLP.
2 | 15910 Ventura Blvd., 12th Floor
  | Encino, CA 91436
3 | (818) 501-3800
4 | Fax: 818-501-2985
  | Email: pcox@hemar-rousso.com
5 | ***Attorneys for EnerBank USA***