1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
   JOE ANGELO (SBN 268542)
2  **SAGARIA LAW, P.C.**
   2033 Gateway Place, 6th Floor
3  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
4
   Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| KATHERINE KING, | Case No.: 4:16-CV-05711-YGR |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA, N.A.; ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Katherine King and defendant Bank of America, N.A., that Bank of America, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: January 5, 2017         Sagaria Law, P.C.

                               By:    */s/ Elliot W. Gale*
                                      Elliot W. Gale
                               Attorneys for Plaintiff
                               Katherine King

DATED: January 5, 2017         McGuire Woods LLP

                               By:    */s/ Anthony Le*
                                      Anthony Le
                               Attorneys for Defendant
                               Bank of America, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Anthony Le has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Bank of America, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 10, 2017        [signature]
                               YVONNE GONZALEZ ROGERS
                               UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA, N.A.; PROPOSED ORDER - 2