UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**KATHERINE KING**,

    Plaintiff,

  v.

**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.**,

    Defendants.

Case No. 16-cv-05711-YGR

**ORDER DENYING DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX, INC.'S JOINT MOTION TO CONSOLIDATE**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has considered defendants Experian Information Solutions, Inc. and Equifax, Inc.'s Joint Motion to Consolidate filed on December 20, 2016, defendant Wells Fargo Bank, N.A.'s opposition to the Joint Motion, and plaintiff's opposition to the Joint Motion on January 3, 2017.

The Court does not find that consolidation of all of the cases filed by the Sagaria Law Firm is warranted and accordingly **DENIES** the Joint Motion to Consolidate. Parties shall abide by the Court's case management order (Dkt. No. 47.), which was issued to streamline briefing on all related cases before this Court.

This terminates Docket Number 49.

**IT IS SO ORDERED.**

Dated: January 25, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**