```
 1 │ Scott Sagaria (State Bar No.217981)
   │ Elliot Gale (State Bar No. 263326)
 2 │ Joe Angelo (State Bar No. 268542)
   │ SAGARIA LAW, P.C.
 3 │ 2033 Gateway Place, 5th Floor
   │ San Jose, California 95110
 4 │ Telephone: (408) 279-2288
   │ Facsimile: (408) 279-2299
 5 │
   │ Attorneys for Plaintiff
 6 │
 7 │
 8 │
   │                UNITED STATES DISTRICT COURT
 9 │
   │       NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION
10 │
11 │
   │ KATHERINE KING,                    Federal Case No.: 4:16-CV-05711-YGR
12 │
   │        Plaintiff,
13 │                                    PLAINTIFF'S NOTICE OF VOLUNTARY
   │   vs.                              DISMISSAL OF DEFENDANT
14 │                                    LENDINGCLUB CORPORATION
   │ EQUIFAX, INC.; et. al.,            PURSUANT TO FEDERAL RULE OF
15 │                                    CIVIL PROCEDURE 41(A)(1)
   │        Defendants.
16 │
17 │
18 │
   │ PLEASE TAKE NOTICE that Plaintiff Katherine King, pursuant to Federal Rule of Civil
19 │
   │ Procedure 41(a)(1), hereby voluntarily dismisses Defendant LendngClub Corporation as to all
20 │
   │ claims in this action, with prejudice.
21 │
   │        Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
22 │
   │        41(a) Voluntary Dismissal
23 │
   │        (1) By the Plaintiff
24 │
   │                (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any
25 │
   │                    applicable federal statute, the plaintiff may dismiss an action without a court
26 │
   │                    order by filing:
27 │
   │                        (1) a notice of dismissal before the opposing party serves either an answer
28 │
```

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LENDING CLUB CORPORATION

1 | or a motion for summary judgment.

Defendant LendingClub Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: March 17, 2017               Sagaria Law, P.C.

By: ___*/s/ Elliot W. Gale*___
          Elliot W. Gale
Attorneys for Plaintiff
Katherine King