Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE KING, | Case No.: 4:16-cv-05711-YGR |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al, | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Katherine King and defendant Wells Fargo Bank, N.A. (erroneously sued as Wells Fargo Bank, National Association)  that Wells Fargo Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

1  //
2  DATED: April 25, 2017                    **Sagaria Law, P.C.**

3                                    By:     */s/ Elliot Gale*
                                            Elliot Gale
4                                           Attorney for Plaintiff Katherine King

5

6  DATED: April 25, 2017                    **Severson & Werson, APC**

7                                    By:     */s/ Alisa Alexandra Givental*
8                                           Alisa Alexandra Givental
                                            Attorney for Defendant Wells Fargo Bank,
9                                           N.A. (erroneously sued as Wells Fargo
10                                          Bank, National Association)

11

12  I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13  Stipulation.  I hereby attest that Alisa Alexandra Givental has concurred in this filing.

14

15  */s/ Elliot Gale*

16

17

18                          **[~~PROPOSED~~] ORDER**

19          Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A. is dismissed with

20  prejudice.

21          IT IS SO ORDERED.

22

23

24

25  DATED:      <u>April 26, 2017</u>

26                                          Hon. Yvonne Gonzalez Rogers
                                            UNITED STATES DISTRICT JUDGE
27

28