THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE KING, | Case No.: 4:16-cv-05711-YGR |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; ~~PROPOSED ORDER~~ |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Katherine King and defendant Equifax, Inc. ("Equifax") that Equifax be dismissed from this action with prejudice and each party shall bear its own attorneys' fees and costs, as the Amended Complaint filed April 17, 2017 was not pled against Equifax.

- 1 –

**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [~~PROPOSED~~] ORDER**

Respectfully submitted this 25th day of July, 2017.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR. (Bar No. 132268)
NOKES & QUINN
Attorney for Defendant Equifax, Inc.

/s/ Elliot W. Gale
ELLIOT W. GALE (Bar No. 263326)
SAGARIA LAW, P.C.
Attorney for Plaintiff

I, Thomas P. Quinn, Jr., am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Elliot W. Gale has concurred in this filing.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

## [PROPOSED ORDER]

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED0

DATED: August 30, 2017

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 2 –

**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.;
[PROPOSED] ORDER**