UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHERINE KING,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 16-cv-05711-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 26, 2018 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | January 31, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | December 8, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: January 12, 2018<br>Rebuttal: January 26, 2018 |
| EXPERT DISCOVERY CUTOFF: | February 9, 2018 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | On 35 day notice; filed by 3/13/18 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, April 27, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | April 20, 2018 |
| PRETRIAL CONFERENCE: | Friday, May 4, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, May 14, 2018 at 8:30 a.m. for 2 days (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer in advance of the Pretrial Conference.  The compliance hearing on Friday, April 27,
3  2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting
4  Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal
5  Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business days prior
6  to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT
7  confirming they have complied with this requirement or explaining their failure to comply.  If
8  compliance is complete, the parties need not appear and the compliance hearing will be taken off
9  calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement
10 in a timely fashion.  Failure to do so may result in sanctions.

11  The parties must comply with both the Court's Standing Order in Civil Cases and Standing
12 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
13 Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

14 **IT IS SO ORDERED.**

15 Dated: September 14, 2017

16 _____
   YVONNE GONZALEZ ROGERS
17 United States District Court Judge