Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
KATHERINE KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| KATHERINE KING,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TD BANK USA, N.A.; et. al.,<br><br>　　　　Defendants. | Federal Case No.: 4:16-CV-05711-YGR<br><br>ORDER GRANTING **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT TD BANK USA, N.A.;** [~~PROPOSED~~] ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Katherine King and defendant TD Bank USA, National Association ("TD Bank"), that TD Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

| | | |
|---|---|---|
| DATED: November 2, 2017 | Sagaria Law, P.C. | |
| | By: | */s/ Elliot W. Gale* |
| | | Elliot W. Gale |
| | | Attorneys for Plaintiff |
| | | Katherine King |
| DATED: November 2, 2017 | .Hinshaw & Culbertson, LLP | |
| | By: | */s/ Renee Ohlendorf* |
| | | Renee Ohlendorf |
| | | Attorneys for Defendant |
| | | TD Bank USA, National Association. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Renee Ohlendorf has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, TD Bank is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 3, 2017

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE